IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT CHARLES O'BRIEN | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| JOHN WETZEL, et al. | : | NO. 19-1565 |

ORDER

AND NOW, this 17th day of October, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, the record of the state court proceedings, the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, and petitioner's objections thereto, it is hereby ORDERED that:

(1) the Report and Recommendation is APPROVED and ADOPTED;

(2) the petition for a writ of habeas corpus is DENIED; and

(3) there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.